585 A.2d 354

NANCY MacCLUGGAGE WHITE v. CYNTHIA HOWARD AND AGENCY RENT-A-CAR, INC. AND CYNTHIA HOWARD AND ALLSTATE INSURANCE COMPANY AND AGENCY RENT-A-CAR.

July 17, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 427, 573 *A.*2d 513)

585 A.2d 354

NANCY MacCLUGGAGE WHITE v. CYNTHIA HOWARD AND AGENCY RENT-A-CAR, INC. AND CYNTHIA HOWARD AND ALLSTATE INSURANCE COMPANY AND AGENCY RENT-A-CAR.

July 17, 1990.

Cross-petition for certification denied. (See 240 *N.J.Super.* 427, 573 *A.*2d 513)

585 A.2d 354

JOSEPHINE BADAN, A/K/A JOSEPHINE RIZZOLO v. ROBERT RIZZOLO.

July 17, 1990.

Petition for certification denied.

585 A.2d 354

JANINA SAMSEL v. CELOTEX.

July 17, 1990.

Petition for certification denied.